JAIME GUERRERO, CA Bar No. 192211
jguerrero@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

Attorneys for Garnishee
Vintage Capital Management

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        vs.<br><br>DAVID MORROW,<br><br>                              Defendants. | Case No. CV-17-09274-JLS<br><br>**ANSWER OF GARNISHEE,<br>VINTAGE CAPITAL MANAGEMENT** |

**DECLARANT STATES:**

My name is Brian R. Kahn and my address is 4705 S. Apopka Vineland Road, #206, Orlando, Florida 32819 and my telephone number is (407) 909-8015.

1. I am authorized to make this declaration on behalf of Garnishee, Vintage Capital Management, LLC (hereinafter, "Garnishee"), regarding the writ of continuing garnishment received by Garnishee on January 19, 2018.

2. The person making this declaration is the Manager of Garnishee, Vintage Capital Management, LLC, a limited liability company, organized under the laws of the State of Delaware.

3. As of January 29, 2018, Garnishee has custody, control, or possession of the following property, in which Defendant has a nonexempt interest:

| Description of Property | Approximate Value | Defendant's Interest in Property |
|---|---|---|
| Not Applicable – None | | |
| | | |
| | | |

4. Garnishee anticipates owing to Defendant in the future, the following amounts:

| Amounts | Estimate Date or Period Due |
|---|---|
| Not Applicable – None | |
| | |
| | |

5. Is Defendant subject to an existing garnishment or levy?

☐ Yes  ☒ No

If yes, what is the outstanding amount now due and owing?

ANSWER OF GARNISHEE, VINTAGE CAPITAL MANAGEMENT
-1-
Case No. CV-17-09274-JLS

4827-8511-3435.1

Balance due?  <u>Not Applicable – None.</u>

6. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability:

<u>Garnishee does not know Defendant and Defendant has not worked for or have assets controlled by Garnishee.</u>

7. Garnishee owed Defendant the sum of $0 on the date the writ of continuing garnishment was served for the following reasons:

<u>Garnishee does not know Defendant and Defendant has not worked for or have assets controlled by Garnishee.</u>

8. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided to me by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct.

Executed on January 29, 2018.

_____
Brian R. Kahn

DATED:  January 29, 2018      **FOLEY & LARDNER LLP**
Jaime Guerrero

_____
Jaime Guerrero

Attorneys for Garnishee
Vintage Capital Management

ANSWER OF GARNISHEE, VINTAGE CAPITAL MANAGEMENT
-2-
Case No. CV-17-09274-JLS

4827-8511-3435.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action; my current business address is 555 South Flower Street, Suite 3500, Los Angeles, CA 90071-2411.

On January 29, 2018, I served the foregoing document(s) described as: **ANSWER OF GARNISHEE, VINTAGE CAPITAL MANAGEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| U.S. Attorney's Office for the Central District of California<br>ATTN: Financial Litigation Section<br>Room 7516, Federal Building<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | DAVID M. MORROW<br>c/o Nathan J. Hochman, Esq., Morgan Lewis and Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109 |

__X__   BY MAIL

    __X__ I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at Los Angeles, California. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

____   BY E-MAIL

    ____ I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

____   BY HAND DELIVERY. I delivered the envelope(s) by hand to addressee(s).

____   BY EXPRESS SERVICE CARRIER (Via Overnight Courier Service)

    ____ I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Click and Type Name of Courier : collected packages are picked up by an express carrier representative on the same day, with the Airbill listing the account number for billing to sender, at Los Angeles, California, in the ordinary course of business. I placed the envelope(s) in an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date following ordinary business practices.

__X__   Executed on January 29, 2018, at Los Angeles, California.

__X__   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Dolores Kreider

ANSWER OF GARNISHEE, VINTAGE CAPITAL MANAGEMENT
-1-
Case No. CV-17-09274-JLS

4827-8511-3435.1